UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MBD NO. 18-mc-91223

IN RE: WALTER H. JACOBS

ORDER

July 12, 2008

STEARNS, D.J.

After the Massachusetts Board of Bar Overseers imposed a public reprimand, on March 12, 2018, the Supreme Judicial Court for Suffolk County entered an Order of Public Reprimand of respondent, Walter H. Jacobs (No. 2018-2). On April 20, 2018, Jacobs notified this court of the public reprimand. On May 30, 2018, in accordance with Local Rule 83.6, this court gave notice to respondent of the filing in this court of a certified copy of the judgment and order of the Supreme Judicial Court, and ordered Jacobs to show cause, within 28 days, why the imposition of identical discipline by this court would be unwarranted, the reasons why, and whether he requested a hearing. Respondent filed an Answer to Show Cause Order on June 27, 2018, and requested a hearing. Accordingly, it is ORDERED:

1. That a non-evidentiary hearing will be held on August 10, 2018, at 2:00 p.m. Each side will have 20 minutes to argue.

2. In accordance with Local Rules 83.6(2)(F) and 83.6(9), the court appoints bar counsel for the Commonwealth of Massachusetts to prosecute the disciplinary proceedings.

3. If he chooses to supplement his Answer, Jacobs shall file any further objections to the imposition of identical discipline by reference to the record of the underlying disciplinary proceedings and shall provide copies of the portions of the referenced record to the court and bar counsel no later than August 6, 2018.

/s/ Richard G. Stearns
UNITED STATES DISTRICT JUDGE